■ CLAIR C. SMITH, Appellant, v MYRNA B. SLOCUM et al., Respondents. (Appeal No. 2.)—Order unanimously reversed and motion denied. Same Memorandum as in *Smith v Slocum* (Appeal No. 1) (71 AD2d 1058). (Appeal from order of Monroe Supreme Court—reargument.) Present—Cardamone, J. P., Hancock, Jr., Schnepp, Callahan and Witmer, JJ.

■ DEBORAH J. WINDE, Individually and as Parent and Natural Guardian of SAMANTHA J. WINDE, an Infant, Appellant, v CALVIN SCHILLING, Respondent.—Order unanimously affirmed, without costs, upon condition that defendant does not contest personal jurisdiction. (Appeal from order of Erie Supreme Court—vacate default judgment). Present—Simons, J. P., Hancock, Jr., Schnepp, Doerr and Moule, JJ.